AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| United States of America | ) |
|---|---|
| v. | ) |
| Gregory Philip Robinson | ) Case No: 4:93-cr-00151-01 GTE |
|  | ) USM No: 19716-009 |
| Date of Previous Judgment: 09/09/1994 | ) Jenniffer Horan |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235__ months **is reduced to** __"TIME SERVED"__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
|---|---|---|---|
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 235 to 193 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

As a special condition of supervised release, Mr. Robinson shall transfer immediately from prison to a residential re-entry center, where he shall reside and participate in the program for a period of not less than 30 days and up to 180 days under the supervision of the Probation office. During this period, Mr. Robinson shall establish a suitable release plan, obtain gainful employment, and demonstrate compliance with supervised release requirements.

Except as provided above, all provisions of the judgment dated __09/09/1994__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __04/01/2008__

_____
Judge's signature

Effective Date: __ASAP but not later than 4-15-08__
(if different from order date)

G. Thomas Eisele, Sr. District Judge
Printed name and title